IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PLANT BINGO, LLC, a California
Limited Liability Company,

    Plaintiff,

vs.                                     CASE NO. 5:10cv64/RS-MD

WILD BILL'S BINGO, INC., a Florida
corporation,

    Defendant.
_____

WILD BILL'S BINGO, INC., a Florida
corporation,

    Counter-Claimant,

vs.

PLANET BINGO, LLC, a California
Limited Liability Company,

    Counter-Defendant.
_____/

## ORDER

Defendant's Motion To Dismiss (Doc. 5) is **denied**.

**ORDERED** on April 30, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**