IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PLANET BINGO, LLC,

    Plaintiff,

vs.                                    CASE NO. 5:10-cv-00064-RS-MD

WILD BILL'S BINGO, INC.,

    Defendant.

_____/

## ORDER

Before me are Defendant Planet Bingo's Motion to Dismiss Counterclaim of Defendant Wild Bill's Bingo (Doc. 11) and Defendant's Response to Motion to Dismiss Counterclaim (Doc. 17).

### I. STANDARD OF REVIEW

Federal Rule of Civil Procedure 8(a)(2) requires that a pleading give the defendant, " 'fair notice of what the ... claim is and the grounds upon which it rests.' " *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007) (quoting *Conley v. Gibson*, 355 U.S. 41, 47, 78 S.Ct. 99, 2 L.Ed.2d 80 (1957)). When a pleading does not meet this standard, it may be dismissed under Federal Rule of Civil Procedure 12(b)(6). However, leave to

amend a pleading should be freely given "when justice so requires." Fed.R.Civ.P. 15(a)(2).

## II. ANALYSIS

Here, the counterclaim does not identify a legal cause of action, or facts that would support one. Consequently, Defendant's counterclaim must be dismissed for failure to state a claim upon which relief can be granted. However, the Court shall permit Defendant two weeks to amend its counterclaim to include a legal theory and facts sufficient to make that claim plausible.

## III. CONCLUSION

**IT IS ORDERED:**

1. Plaintiff Planet Bingo's Motion to Dismiss Counterclaim (Doc. 11) is **GRANTED.**

2. Defendant is granted leave to amend its counterclaim by **July 6, 2010.**

**ORDERED** on June 21, 2010.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**