IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**PLANET BINGO, LLC,**
a California limited liability company,

    Plaintiff,

vs.                          CASE NO. 5:10-cv-64/RS-MD

**WILD BILL'S BINGO, INC.,**
A Florida corporation,

    Defendant.
_____/

## ORDER

Before me are Plaintiff Planet Bingo LLC's Motion for Summary Judgment As To Count One of Plaintiff's Complaint (Doc. 48), Motion to Reinstate Case for Further Proceedings to Enable Completion of Settlement (Doc. 61). Both Motions are not opposed by Defendant (Docs. 54 and 63).

**IT IS ORDERED:**

1. Plaintiff's Motion For Summary Judgment (Doc. 48) as to Count I of the complaint is **GRANTED**.

2. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant as to Count I of the Complaint in the principal amount of $682,907.00; attorneys' fees in the amount of $90,000; prejudgment interest at the annual rate of 18% upon the principal amount from September 14, 2009 until the date of the

judgment; and post-judgment interest at the annual rate of 18% upon the principal amount from the date of this judgment until the principal amount is paid.

**ORDERED** on January 18, 2011

<u>/S/ Richard Smoak</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**