**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

PLANET BINGO, LLC, a California
Limited Liability Company,

        Plaintiff,

vs.                                      CASE NO. 5:10cv64/RS-MD

WILD BILL'S BINGO, INC., a Florida
corporation,

        Defendant.

_____

WILD BILL'S BINGO, INC., a Florida
corporation,

        Counter-Claimant,

vs.

PLANET BINGO, LLC, a California
Limited Liability Company,

        Counter-Defendant.

_____/

## ORDER

      Before me is the Notice Of Voluntary Dismissal Of Count Two With Prejudice

(Doc. 67).

      **IT IS ORDERED** that Count Two of Plaintiff's Complaint is dismissed with prejudice.

      **ORDERED** on January 31, 2011.


                         /S/ Richard Smoak_____
                         **RICHARD SMOAK
                         UNITED STATES DISTRICT JUDGE**