**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

PLANET BINGO, LLC, a California
Limited Liability Company,

        Plaintiff,

vs.                                    CASE NO. 5:10cv64/RS-MD

WILD BILL'S BINGO, INC., a Florida
corporation,

        Defendant.

_____

WILD BILL'S BINGO, INC., a Florida
corporation,

        Counter-Claimant,

vs.

PLANET BINGO, LLC, a California
Limited Liability Company,

        Counter-Defendant.

_____/

## ORDER

Before me is Plaintiff's Notice Re: Full Adjudication Of Parties Claims (Doc. 69).

The clerk is directed to close the file.

**ORDERED** on February 24, 2011.


/S/ Richard Smoak_____
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**