UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PLANET BINGO, LLC,
a California limited liability company,

Plaintiff,

vs.

Case No.: 5:10-cv-00064-RS-MD

WILD BILL'S BINGO, INC.,
a Florida corporation,

Defendant.

---

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

---

Defendant, Wild Bill's Bingo, Inc. asks this court for a protective order to protect it from plaintiff's FIRST SET OF INTERROGATORIES IN AID OF EXECUTION and plaintiff's FIRST REQUEST FOR PRODUCTION IN AID OF EXECUTION that were electronically received by defendant's undersigned attorney on April 6, 2011.

On April 19, 2011 in compliance with Local Rule 7.1(B) defendant sent by United States Postal Service, postage prepaid, and also by facsimile to Elwin R. Thrasher, III, plaintiff's counsel, a letter with enclosures asking Mr. Thrasher to call the undersigned attorney in order to discuss this discovery matter.

Mr. Thrasher has refused to contact the undersigned attorney for defendant.

A copy of the letter and its enclosures are attached hereto as Composite Exhibit "A" and made a part hereof for all purposes.

## MEMORANDUM

We begin with Fed.R.Civ.P. 69. *EXECUTION* which at (a)(1) advises us

> "A money judgment is enforced by a writ of execution unless the court directs otherwise. The procedure on execution - and in proceedings supplementary to and in aid of a judgment or execution - must accord with the procedure of that state where the court is located, but a federal statute governs to the extent it applies."

Under Rule 69(a)(1) proceedings in this matter are governed by Florida law. In *Ziino v. Baker, et al.*, 613 F.3d 1326, 1329 (11th Cir. 2010) the court wrote "In order to execute on a judgment under Rule 69, *Ziino* must have obtained a money judgment."

In *Federal Trade Commission v. Olmstead, et al.*, 528 F.3d 1310, 1313 (11th Cir. 2008), the Court wrote:

> "Under Rule 69 of the Federal Rules of Civil Procedure, proceedings in aid of judgment or execution are to be conducted in accordance 'with the procedure of the state where the court is located ' Fed.R.Civ.P 69(a)(1)."

The plaintiff on November 5, 2010 filed with this court a *Notice of Submission of a Proposed Order* (Doc 60) and a proposed order (Doc. 60-1). This court's order to the clerk to enter judgment used language submitted by Plaintiff. The clerk properly complied.

Fla.R.Civ.P. 1.570 *Enforcement of Final Judgment* provides

> "(a) **Money Judgments.** Final process to enforce a judgment

> solely for the payment of money shall be by execution, writ of garnishment, or other appropriate process or proceedings."

The clerk's judgment does not provide for an "... execution, writ of garnishment, or other appropriate process or proceedings."

The time to file a motion to alter the judgment as entered January 18, 2011 has expired. See Fed.R.Civ.P at 59(e) *New Trial: Altering or Amending a Judgment.* "A motion to alter or amend a judgment must be filed no later than twenty-eight (28) days after entry of the judgment."

The docket reflects that no such motions were filed with the Court subsequent to the judgment entered January 18, 2011. Therefore, in this matter, the requested discovery is not authorized.

Wherefore, defendant, Wild Bill's Bingo, Inc., moves this court for an order that the post judgment discovery requests be denied.

**I HEREBY CERTIFY** that a copy of the Defendant's Motion for Protective Order and Memorandum in Support of Motion for Protective Order was served/electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorneys:

Jeffrey Weiss, Esquire
District of Columbia Bar No.: 437138
1101 14th Street NW, Suite 500
Washington, DC 20005
Email: jweiss@weissiplaw.com
Telephone: (202) 682-1722
Lead Attorney for Plaintiff, Planet Bingo, LLC

Karen J.S. Fouts, Esquire
Michigan Bar No.: P72925
40 Pearl Street NW, Suite P920
Grand Rapids, Michigan 49503-3032
Email: kfouts@weissiplaw.com
Telephone: (616) 301-3025
Facsimile: (616) 301-3024
Attorney for Plaintiff, Planet Bingo, LLC

Elwin R. Thrasher, III, Esquire
Florida Bar No. 0880515
908 North Gadsden Street
Tallahassee, Florida 32303-6316
Email: Trey@thrasherandheckman.com
Telephone: (850) 224-8685
Facsimile: (850) 224-1254
Attorney for Plaintiff, Planet Bingo, LLC

Dated April 28, 2011.

Respectfully submitted,

By: *\/s/ Larry A. Bodiford*

Larry A. Bodiford, Esquire
Florida Bar No.: 0103596
HUTTO and BODIFORD
Post Office Box 2528
Panama City, Florida 32402
Email: Lbodiford@aol.com
Telephone: (850) 763-0723
Facsimile: (850) 872-8402
Attorney for Defendant,
Wild Bill's Bingo, Inc.