UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PLANET BINGO, LLC,
a California limited liability company,

Plaintiff,

vs.

Case No.: 5:10-cv-00064-RS-MD

WILD BILL'S BINGO, INC.,
a Florida corporation,

Defendant.

---

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMMENCE PROCEEDINGS SUPPLEMENTARY AND TO IMPLEAD THIRD PARTY AND MEMORANDUM IN SUPPORT THEREOF**

---

Plaintiff's Motion to Commence Proceedings Supplementary and to Implead Third Party and Memorandum in Support Thereof is made in bad faith and for the sole purpose to harass Wild Bill's Bingo, Inc. and Wild Bill's Bingo, LLC.

At mediation on October 21, 2010, Wild Bill's Bingo, Inc. told Rick White of Planet Bingo, LLC and Jeffrey Weiss the attorney for Planet Bingo, LLC, in the presence of each other and in the presence of the mediator that Wild Bill's Bingo, Inc.'s only asset had been its written lease for the premises located at 2215 E. 15th Street, Panama City, Florida, and that the written lease had expired by the efflux of time on September 1, 2009 and no new writing was entered into between Wild Bill's Bingo, Inc. and the landlord.

From September 1, 2009 to June 1, 2010, the date Wild Bill's Bingo, LLC was filed with the Secretary of State, Wild Bill's Bingo, Inc. was a tenant at sufferance.

On June 1, 2010 Wild Bill's Bingo, LLC became the tenant at will at 2215 E. 15th Street, Panama City, Florida.

The judgment against Wild Bill's Bingo, Inc. was not entered until January 18, 2011.

Pursuant to Florida Statute 44.405(4)(a) the signed written Settlement Agreement reached during mediation is neither confidential nor privileged.

The attempt to implead Wild Bill's Bingo, LLC into this litigation violates Paragraph 3 thereof. A copy of the mediated Settlement Agreement is attached hereto as Exhibit "1".

Simply put, Planet Bingo, LLC has known since early in this litigation that Wild Bill's Bingo, Inc.'s only asset, if you want to categorize it as an asset, was its written lease. That lease expired by its own terms September 1, 2009.

The law of Florida as well as the Constitution of the United States in Article 1, Section 8, Clause 4 recognizes a debtor's right to avoid, within the parameters established by law, the debtor's creditors and forge a new life debt free.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the Defendant's Response to Plaintiff's Motion to Commence Proceedings Supplementary and to Implead Third Party and Memorandum in Support Thereof was served/electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorneys:

Elwin R. Thrasher, III, Esquire
Florida Bar No. 0880515
908 North Gadsden Street
Tallahassee, Florida 32303-6316
Email: Trey@thrasherandheckman.com
Telephone: (850) 224-8685
Facsimile: (850) 224-1254
Attorney for Plaintiff, Planet Bingo, LLC

Dated on this the 17th day of October, 2011.

Respectfully submitted,

By: *_/s/ Larry A. Bodiford_*

Larry A. Bodiford, Esquire
Florida Bar No.: 0103596
HUTTO and BODIFORD
Post Office Box 2528
Panama City, Florida 32402
Email: Lbodiford@aol.com
Telephone: (850) 763-0723
Facsimile: (850) 872-8402
Attorney for Defendant,
Wild Bill's Bingo, Inc.