**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**PLANET BINGO, LLC,**
**a California limited liability company,**

**Plaintiff,**

**v.** **CASE NO. 5:10-cv-64-RS-CJK**

**WILD BILL'S BINGO, INC.,**
**A Florida corporation,**

**Defendant,**

**and**

**WILD BILL'S BINGO, LLC,**

**Impleaded Defendant,**

______________________________________/

**ORDER**

A hearing was held Friday, June 20, 2014, at which counsel for the Plaintiff and Defendant Wild Bill's Bing, Inc., were present to address the Plaintiff's Second Motion to Implead Third Party (Doc. 139) and other matters. On consideration of the evidence and arguments presented, the Court made the following rulings:

1. The relief requested in Plaintiff's Second Motion to Implead Third Party (Doc. 139) is **GRANTED**. Plaintiff shall file its second impleader complaint not later than June 30, 2014.
2. Impleaded Defendant, Gaming Entertainment Enterprises, LLC, shall answer Plaintiff's second impleader complaint not later than fourteen (14) days after the filing of Plaintiff's second impleader complaint.
3. The Parties shall file a proposed scheduling and mediation order not later than July 7, 2014.

**ORDERED** on June 23, 2014.

**/s/ Richard Smoak**
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**