UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PLANET BINGO, LLC, a
California limited liability company,

Plaintiff,

v. Case NO. 5:10-CV-00064-RS-MD

WILD BILL'S BINGO, INC.,
a Florida corporation,

Defendant.
_______________________________/

**GAMING ENTERTAINMENT ENTERPRISES, LLC'S**
**STATEMENT OF FACTS NOT IN DISPUTE**

1. On January 18, 2011, the Court directed the Clerk to enter judgment ("**Judgment**") in favor of Planet Bingo, LLC ("**Plaintiff**") in the principal amount of $682,907.00 and attorneys' fees in the amount of $90,000.00 against Wild Bill's Bingo, Inc. [Doc. 65].
2. On November 10, 2011, the Court allowed Plaintiff to implead Wild Bill's Bingo, LLC. Order [Doc. 85].
3. Following the impleader Order, the Court entered an Order [Doc. 112] granting summary judgment against Wild Bill's Bingo, LLC.
4. Subsequently, Plaintiff garnished Wild Bill's Bingo, LLC's bank account. See Second Affidavit for Proceedings Supplementary to Execution [Doc 146-1, paragraph 3], in which Plaintiff acknowledges "Less Payment received from Garnishment ($14,529.62)."

5. On June 23, 2014, the Court allowed Plaintiff to implead Gaming Entertainment Enterprises ("**GEE**"). See Order [Doc 165].
6. GEE filed its Answer and Affirmative Defenses [Doc. 169] ("**Answer**") on July 11, 2014.
7. Wild Bill's Bingo, Inc., had two corporate officers Vickie Broadway and William Dalton. Order [Doc. 112].
8. GEE had four members Jacoby "Coby" Peel, William Dalton, the late Perry Cain, and the late Vickie Broadway. See **Exhibit A**, Deposition of William Dalton, p. 4, ln. 4 – 5 and p. 9, ln. 1 – 7.
9. GEE, which is commonly known as Fun Time Bingo, has a registered fictitious name unrelated to Wild Bill's. See **Exhibit B**, Application for Registration of Fictitious Name.
10. GEE's business model includes hosting concerts, wrestling, and boxing events to benefit charitable causes in the community. Deposition of William Dalton, p. 4, ln. 8 – 18 and p. 6, ln. 16 – 19 and p. 43, ln. 5 – 22 and p. 44, ln. 16 – 21 and p. 57, ln. 4 – 7.
11. Wild Bill's operated a bingo hall with a western theme; its décor and advertising were consistent with the western theme. GEE operates a bingo hall with a carnival theme, and "Fun Time Bingo" is printed on signs and T-Shirts. GEE, in the name of Fun Time Bingo, sponsors a little league baseball team. Deposition of William Dalton, p. 16, ln. 18 – p. 23, ln. 1 and p. 51, ln. 20 – 24 and the related photographs Exhibits 1 – 17.
12. GEE provides different games and pricing than Wild Bill's provided its customers.

Deposition of William Dalton, p. 25, ln. 20 – p. 30, ln. 4.

13. GEE closed the doors to its bingo hall for approximately 3 – 4 days so it could change signs and the appearance of the bingo hall to reflect that it was a new business separate and apart from the prior business that operated in the bingo hall. Deposition of William Dalton, p. 11, ln. 18 – 25 and p. 23, ln. 11 – 12 and p. 52, ln. 3 – 20.

14. During the closure, Wild Bill's ceased operating. Deposition of William Dalton, p. 53, ln. 8 – 17.

15. GEE is operated by managers and personnel different than Wild Bill's. Deposition of William Dalton, p. 23, ln. 13 – 24 and p. 25, ln. 9 – 19.

16. GEE uses a different bank that Wild Bill's used; there was no money transferred from Wild Bill's to GEE. Deposition of William Dalton, p. 54, ln. 1 – 9.

17. Plaintiff did not seek to become authorized to transact business in Florida until February 2014, more than three years after seeking the Judgment against Wild Bill's. See **Exhibit C**, Application by Foreign Limited Liability Company for Authorization to Transact Business in Florida.

DATED this 3rd day of November, 2014.

/s/Ashley B. Rogers

Ashley B. Rogers
Chesser & Barr, P.A.
398 N. Main St., Ste. B
Crestview, FL 32536
(850) 683-9945 telephone
(850) 398-6911 fax
rogers@chesserbarr.com
FL BAR ID# 0033315
Attorney for GEE

CERTIFICATE OF SERVICE

I CERTIFY that a true copy has been furnished to the following persons via the CM/ECF electronic system: Elwin R. Thrasher, III.

/s/Ashley B. Rogers
Attorney