UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PLANET BINGO, LLC, a
California limited liability company,
Plaintiff,

v. Case NO. 5:10-CV-00064-RS-MD

WILD BILL'S BINGO, INC.,
a Florida corporation,
Defendant.
_________________________________/

**GAMING ENTERTAINMENT ENTERPRISES, LLC'S**
**NOTICE OF FILING EXHIBITS**
**IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [DOC. 190]**

Gaming Entertainment Enterprises, LLC gives notice of filing the exhibits listed below in support of its Motion for Summary Judgment [Doc. 190).

**Exhibit A**, Deposition of William Dalton

**Exhibit B**, Application for Registration of Fictitious Name

**Exhibit C**, Application by Foreign Limited Liability Company for Authorization to Transact Business in Florida.

DATED this 3rd day of November, 2014.

/s/Ashley B. Rogers
Ashley B. Rogers
Chesser & Barr, P.A.
398 N. Main St., Ste. B
Crestview, FL 32536
(850) 683-9945 telephone
(850) 398-6911 fax
rogers@chesserbarr.com
FL BAR ID# 0033315
Attorney for GEE

CERTIFICATE OF SERVICE

I CERTIFY that a true copy has been furnished to the following persons via the CM/ECF electronic system: Elwin R. Thrasher, III.

/s/Ashley B. Rogers
Attorney