IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PLANET BINGO, LLC,
a California limited liability company,

    Plaintiff,

v.                                        CASE NO. 5:10-cv-64-RS-CJK

WILD BILL'S BINGO, INC., et al.,

    Defendant,

_____/

## ORDER

Summary Judgment is entered in favor of Impleaded Defendant Gaming Entertainment Enterprises, LLC, and against Plaintiff Planet Bingo, LLC. Impleaded Defendant Gaming Entertainment Enterprises, LLC, is not liable for the judgment previously entered against Defendant Wild Bill's Bingo, Inc.

**ORDERED** on January 13, 2015.

                                          **/s/ Richard Smoak**
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**